UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
FLAVIO MANUEL GUILLIN SARITAMA,            :
                                           :
                        Petitioner,        :
                                           :
        -v-                                :        26cv4070 (DLC)
                                           :
KENNETH GENALO, New York Field Office      :        ORDER
Director for U.S. Immigration and          :
Customs Enforcement; TODD BLANCHE,         :
Attorney General of the United States;     :
MARKWAYNE MULLIN, Secretary of Homeland    :
Security; and DAVID VENTURELLA, Acting     :
Director, U.S. Immigration and Customs     :
Enforcement,                               :
                                           :
                        Respondents.       :
                                           :
------------------------------------------ X
DENISE COTE, District Judge:

    Having received Flavio Manuel Guillin Saritama's May 15,

2026 petition for writ of habeas corpus pursuant to 28 U.S.C. §

2241 ("Petition"), it is hereby

    ORDERED that counsel should confer and submit a joint

letter, no later than **today, May 15, 2026, at 7:00 p.m.**

indicating (1) whether petitioner was located in the Southern

District of New York at the time that the Petition was filed;

and (2) whether, if respondents assert that petitioner is

detained pursuant to 8 U.S.C. § 1225(b)(2)(A), there is any

basis to distinguish this case from Barbosa da Cunha v. Freden,

--- F.4th ----, 2026 WL 1146044 (2d Cir. 2026), and, if not,

whether respondents consent to issuance of the writ -- subject

to preservation of respondents' arguments for appeal.[1]  If counsel believe that briefing is appropriate, counsel should propose a briefing schedule (expedited or otherwise) in the joint letter.

IT IS FURTHER ORDERED that, should the petitioner remain detained, counsel for all parties shall appear for a telephone conference **Monday, May 18, 2026 at 10:00 a.m.**  The parties shall use the following dial-in credentials for the telephone conference:

Dial-in:        1-855-244-8681
Access Code:    2312 042 2648

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that, to preserve the Court's jurisdiction pending a ruling on the Petition, petitioner shall not be removed from the United States unless and until the Court orders otherwise.  Moreover, to preserve counsel's access to petitioner and to facilitate resolution of the Petition, respondents shall not transfer petitioner except to a facility within this District, the Eastern District of New York, or the

---

[1] If respondents believe that petitioner was <u>not</u> in the Southern District of New York at the time the Petition was filed, the parties should confer and indicate in the joint letter whether the Court should order immediate transfer of the Petition to the District in which petitioner was located at the time of filing. <u>See, e.g.</u>, <u>Öztürk v. Hyde</u>, 136 F.4th 382, 391-92 (2d Cir. 2025).

2

District of New Jersey absent further order of this Court.

Dated:     New York, New York
           May 15, 2026

                                    _____
                                             DENISE COTE
                                    United States District Judge