**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 15, 2026

**Via ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The parties shall submit a joint letter by 5:00pm on May 18, 2026, proposing next steps. The 10:00am telephone conference on May 18 is adjourned sine die.
>
> *[signature]*
> 5/15/2026

        Re:     *Guillin Saritama v. Genalo,* No. 26 Civ. 4070 (DLC)

Dear Judge Cote:

        This Office represents the government in the above-referenced immigration habeas corpus action brought by petitioner, Flavio Manuel Guillin Saritama ("Petitioner"). The Court issue dan order this afternoon directing the parties to file a joint letter by 7:00 p.m. today addressing (1) whether the petitioner was located in the Southern District of New York at the time the petition was filed; and (2) whether, "if respondents assert that petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from *Barbosa da Cunha v. Freden*, --- F.4th ----, 2026 WL 1146044 (2d Cir. 2026), and if not, whether respondents consent to issuance of the writ -- subject to preservation of respondents' arguments for appeal." ECF No. 7. The Court also scheduled a telephone conference for 10:00 a.m. on Monday, May 18, and asked the parties to propose a briefing schedule in the joint letter if appropriate. *Id.*

        On behalf of the parties, I write respectfully to respond to the Court's order. First, the parties agree that venue is proper in this Court, as Petitioner was located at 26 Federal Plaza at the time the habeas petition was filed.

        Second, Respondents do not assert that Petitioner is being detained under 8 U.S.C. § 1225(b)(2)(A), in light of *Barbosa da Cunha*, as he was just arrested by ICE today. ICE is currently processing Petitioner and has stated that his detention is governed by 8 U.S.C. § 1226. Counsel for the parties have briefly discussed this, and have agreed to be in touch and that the government will provide the initial processing documents to Petitioner's counsel once they become available. Thus, the parties respectfully request that they be permitted time to confer further and submit a joint letter by 5:00 p.m. on Monday, May 18, proposing next steps. The parties also believe that the scheduled conference is not necessary at this time, and respectfully request that the Court adjourn it *sine* die.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (by ECF)

2