**Ian Eppler, Esq.**
P.O. Box 720164, Jackson Heights, NY 11372 | ian.eppler@gmail.com | (929) 256-5505

May 18, 2026

***Via ECF***

Hon. Denise Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Guillin Saritama v. Genalo*, No. 26-cv-04070 (DLC)**

Dear Judge Cote:

I represent Petitioner Flavio Manuel Guillin Saritama in the above-referenced immigration habeas corpus matter. On behalf of the parties, I write in response to the Court's May 15, 2026 Order instructing the parties to submit a joint letter by 5 pm on May 18, 2026 proposing next steps (Dkt. No. 7).

On Sunday, May 17, 2026, counsel for Respondents provided the undersigned with copies of Petitioner's ICE processing documents. Counsel for the Petitioner is continuing to investigate the assertions in these documents and the circumstances of Petitioner's arrest and detention. Therefore, the parties respectfully request a 24-hour extension (to 5 pm on Tuesday, May 19) of the deadline to submit a joint letter proposing next steps.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

Granted.
Denise Cote
5/18/26

/s/ Ian Eppler
Ian Eppler
P.O. Box 720164
Jackson Heights, NY 11372
Telephone: (929)-256-5505
Email: ian.eppler@gmail.com
*Pro Bono Counsel for Petitioner*

CC: Counsel of Record (via ECF)