Case 1:26-cv-04070-DLC Document 11 Filed 05/19/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FLAVIO MANUEL GUILLIN SARITAMA,

*Petitioner*,

v.

KENNETH GENALO, *et al.*,

*Respondents*.

Case No. 26-cv-4070 (DLC)

**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL**

WHEREAS, the petitioner, Flavio Manuel Guillin Saritama ("Petitioner"), commenced this habeas corpus action pursuant to 28 U.S.C. § 2241 on May 15, 2026, challenging his civil immigration detention by U.S. Immigration and Customs Enforcement ("ICE");

WHEREAS, ICE confirmed that it processed Petitioner for detention under 8 U.S.C. § 1226(a), under which Petitioner is eligible to seek a bond hearing before an immigration judge;

WHEREAS, given the foregoing, Petitioner agrees to withdraw the current petition without prejudice to a renewed habeas petition if ICE changes the asserted detention authority or if circumstances otherwise change; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action is dismissed without prejudice and without costs or attorney's fees to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

New York, New York
May 19, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

BRM Waterman

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
T: (212) 637-2743
brandon.waterman@usdoj.gov
*Counsel for Respondents*

Jackson Heights, New York
May 19, 2026

Ian Eppler
P.O. Box 720164
Jackson Heights, New York 11372
T: (929) 256-5505
ian.eppler@gmail.com
*Counsel for Petitioner*

So ordered.
Denise Cote
5/19/26